DAVID G. EPSTEIN (SBN 84356)
depsteinlaw@icloud.com
**THE DAVID EPSTEIN LAW FIRM**
PO Box 4858
Laguna Beach, CA 92652-4858
(949) 715-1500 Fax (949) 715-2570

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| JOHN D. THOMAS, | Case No. |
| | Assigned for all purposes to: |
| Plaintiff, | |
| vs. | **STATEMENT OF DAMAGES** |
| | |
| LEAGLE, INC., a former Arkansas corporation; and DOES 1-25, | |
| | |
| Defendants. | |

Plaintiff claims damages in this action in the amount of $5,000,000 consequential damages and a $5,000,000 in punitive and exemplary damages. Plaintiff further seeks injunctive relief against publication of false and misleading material.

Respectfully submitted,

**The David Epstein Law Firm**

Dated:        February 2, 2023        _____

 David G. Epstein
Attorneys for Plaintiff

- 1 -

