DAVID G. EPSTEIN (SBN 84356)
depsteinlaw@icloud.com
**THE DAVID EPSTEIN LAW FIRM**
PO Box 4858
Laguna Beach, CA 92652-4858
(949) 715-1500 Fax (949) 715-2570

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| JOHN D. THOMAS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LEAGLE, INC., a former Arkansas corporation; and DOES 1-25,<br><br>　　　　Defendants. | Case No.  8:23-cv-00236-DOC-JDE<br>Assigned for all purposes to:<br><br>**DECLARATION OF DAVID G. EPSTEIN IN SUPPORT OF MOTION FOR ALTERNATIVE SERVICE**<br><br>Date: April 17, 2023<br>Time: 8:30 am<br>Courtroom: 10A |

I, David G. Epstein, say:

　　1. I am a licensed California attorney and have been admitted to the bar of this court. I make this declaration in my capacity as counsel for plaintiff in this case, in support of a motion to authorize service of process on defendant Leagle, Inc., by uploading the summons and complaint in the location solicited in said defendant's website.

- 1 -

Declaration of David G. Epstein

2. Defendant Leagle, Inc. publishes information regarding litigation and court decisions, and it appears that it makes money from lawyer advertising. Leagle has a page on its website through which one may contact it. Given its business model, it appears likely that such contacts are likely to be attended to. A true copy of the contacts page at www.leagle.com/contact-us, as opened on March 24, 2023, is attached as Exhibit 1 and incorporated by this reference. A search of Leagle, Inc.'s site did not disclose any physical or mailing address.

3. An Internet search suggested to me that Leagle, Inc. was an Arkansas corporation. I went to the website of the Arkansas Secretary of State and searched for the entity. It came up as having its corporate status "revoked" but provided an address for service of process. A true and correct copy of the listing as accessed on March 24, 2023 is attached as Exhibit 2 and incorporated by this reference.

4. The Arkansas Secretary of State listing gives the name of Komal Mustafa as fulfilling various roles in the corporation, and lists no one else. A search on beenverified.com identified two persons with that name, both in Texas and with no stated Arkansas connections. I have no reason to know whether these two individuals are in any way connected with Leagle, Inc. I searched the internet if various ways, but was unable to identify a Komal Mustafa who was clearly connected to the defendant, such that I would be confident that service on him was good service on this entity.

5. I went to the "Whois" registry of Internet addresses, which usually identifies who owns a particular domain name. In this case, the owner was listed as Perfect Privacy, LLC, in Jacksonville, Florida. A true and correct printout of the relevant page from the registry as contacted on March 24, 2023, is attached as Exhibit 3 and incorporated by reference.

Declaration of David G. Epstein

6. On March 24, 2023, I went to www.networksolutions.com/domains/private-domain-registration. This site identifies itself as one which a person can pay to have its ownership interest in a website disguised by using the anonymizing services of Perfect Privacy, LLC. In other words, at Whois, the owner is listed as Perfect Privacy, LLC, in order to disguise the identify of the true owner. A true and correct copy of the relevant portions of this web page as reviewed on March 24, 2023, is attached as Exhibit 4 and incorporated by this reference.

7. This investigation suggests that Leagle, Inc. wishes to conceal its ownership, address, and identity from contact by all means except the "contact us" page on its website. Because it conducts business and claims corporate status, its obscure address and identify information are unfair to persons who have claims against it that they wish to assert. Although Leagle, Inc. is certainly entitled to notice of claims against it and an opportunity to respond, it should not be able to conduct public business on the World Wide Web, and at the same time conceal its location and identity.

8. Accordingly, plaintiff respectfully asks this court to authorize electronic service on Leagle, Inc through its web page "contact us" function.

9. If called as a witness, I could and would testify to the matters contained herein, which I know of my own personal knowledge, except for those matters stated upon information and belief, and as to them, I believe them to be true.

10. I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Executed At Laguna Beach, California, on March 24, 2023.

/s/ David G. Epstein

David G. Epstein, Declarant

**EXHIBIT 1**



  

LAWYER LOGIN

## Contact Us

**Please Provide Information About You**

Name*

Email Address*

Your Comments*

**EXHIBIT 2**

## Search Incorporations, Cooperatives, Banks and Insurance Companies

This is only a preliminary search and no guarantee that a name is available for initial filing until a confirmation has been received from the Secretary of State after filing has been processed. Please review our NAME AVAILABILITY GUIDELINES HERE prior to searching for a new entity name.

Printer Friendly Version

### LLC Member information is now confidential per Act 865 of 2007

Use your browser's back button to return to the Search Results

Begin New Search

For service of process contact the Secretary of State's office.

| | |
|---|---|
| Corporation Name | LEAGLE INC. |
| Fictitious Names | |
| Filing # | 811023198 |
| Filing Type | For Profit Corporation |
| Filed under Act | Dom Bus Corp; 958 of 1987 |
| Status | Revoked |
| Principal Address | |
| Reg. Agent | RED DIAMOND BUSINESS CONSULTANTS LLC |
| Agent Address | 609 SW 8TH STREET 6TH FLOOR |
| | BENTONVILLE, AR 72712 |
| Date Filed | 10/19/2012 |
| Officers | KOMAL MUSTAFA , Incorporator/Organizer |
| | KOMAL MUSTAFA , Tax Preparer |
| | KOMAL MUSTAFA , President |
| | KOMAL MUSTAFA , Secretary |
| | KOMAL MUSTAFA , Vice-President |
| | KOMAL MUSTAFA , Treasurer |
| | KOMAL MUSTAFA , Controller |
| Foreign Name | N/A |
| Foreign Address | |
| State of Origin | N/A |

Pay Franchise Tax for this corporation

**EXHIBIT 3**

-8-



WHOIS

DOMAINS   WEBSITE   CLOUD   HOSTING   SERVERS   EMAIL   SECURITY   WHOIS   SUPPORT   LOGIN

# leagle.com

Updated 11 days ago

Interested in similar domains?

westleagle.com — Buy Now

## Domain Information

| | |
|---|---|
| Domain: | leagle.com |
| Registrar: | Network Solutions, LLC |
| Registered On: | 1997-01-09 |
| Expires On: | 2026-01-08 |
| Updated On: | 2022-11-11 |
| Status: | clientTransferProhibited |
| Name Servers: | ns37.worldnic.com |
| | ns38.worldnic.com |

leagleproperties.com — Buy Now

lseagle.com — Buy Now

3leagle.com — Buy Now

xeagle.net — Buy Now

lseagle.net — Buy Now

## Registrant Contact

| | |
|---|---|
| Name: | PERFECT PRIVACY, LLC |
| Street: | 5335 Gate Parkway care of Network Solutions PO Box 459 |
| City: | Jacksonville |
| State: | FL |
| Postal Code: | 32256 |
| Country: | US |
| Phone: | +1.5707088622 |
| Email: | xb7s827x35t@networksolutionsprivateregistration.com |

.com

$11.89 $10.48

BUY NOW

*Offer ends 31st March 2023

On Sale!



.CO @ $14.88 $31.88

## Administrative Contact

| | |
|---|---|
| Name: | PERFECT PRIVACY, LLC |
| Street: | 5335 Gate Parkway care of Network Solutions PO Box 459 |
| City: | Jacksonville |
| State: | FL |
| Postal Code: | 32256 |
| Country: | US |
| Phone: | +1.5707088622 |
| Email: | xb7s827x35t@networksolutionsprivateregistration.com |

**EXHIBIT 4**

Powered by Web.com



| ains | Website & eCommerce | Hosting | Security | Email & Productivity | Online Marketing | IT Services | RE SE |

# Private Domain Registration

Hide your personal information from spammers, telemarketers, and bots

**$9.99/year per domain name**

ADD PRIVATE DOMAIN REGISTRATION

Or **search for a domain**



-11-

# How does Private Registration work?

## UNPROTECTED vs. PROTECTED

**Without Private Registration**
Steve Walker

swalker@softball.org
2801 NE 50th Street
Oklahoma City, OK 7311-7205
Phone: +1-555-985-4480
**Your information is**

exposed

**With Private Registration**
Perfect Privacy, LLC.

ad7536snryysl91@perfectprivacy.com
5335 Gate Parkway
Jacksonville, FL 32256
Phone: +1-570-708-8780
**Your information is**

protected