UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 8:23-cv-00236-DOC-JDE                                                    Date: April 14, 2023

Title: JOHN D. THOMAS V. LEAGLE, INC. ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER AUTHORIZING ALTERNATIVE SERVICE [16]**

Before the Court is Plaintiff John D Thomas's Motion for Leave to Serve Defendant by Alternate Means. (Dkt. 16). Finding good cause, the Court **GRANTS** Plaintiff's Motion and **VACATES** the April 17 hearing.

A court may authorize service of process by email where such service is reasonably calculated to apprise a defendant of an action. *Rio Properties, Inc. v. Rio Int'l Interlink*, 284 F.3d 1007, 1017 (9th Cir. 2002). Accordingly, Plaintiff may serve Leagle, Inc. by accessing the "contact us" page on its website and uploading or linking the summons, complaint, and other documents through that page. If Leagle, Inc. fails to respond timely, in seeking entry of default, Plaintiff shall specify in detail the steps it took to serve process by the above-stated means, and all relevant matters and events associated with its service effort.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                              Initials of Deputy Clerk: kdu

CIVIL-GEN