```
1   DAVID G. EPSTEIN (SBN 84356)
    depsteinlaw@icloud.com
2   THE DAVID EPSTEIN LAW FIRM
    PO Box 4858
3   Laguna Beach, CA 92652-4858
    (949) 715-1500 Fax (949) 715-2570
4

5

6   Attorneys for Plaintiff
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| JOHN D. THOMAS, | ) Case 8:23-cv-00236-DOC-JDE |
| Plaintiff, | ) Assigned for all purposes to: |
| vs. | ) Hon. David Carter |
| LEAGLE, INC., a former Arkansas corporation; and DOES 1-25, | ) **Proof of Service of Summons and Complaint** |
| Defendants. | ) |

I, David G. Epstein, say:

1. On May 31, 2023, I accessed the Leagle.com "Contact Us" page.

2. I advised in writing that they have been sued, provided my contact information, and provided a link to a Dropbox.com web address where they could access the summons, complaint, initial order, statement re magistrates, and statement of damages. That dropped web address is https://www.dropbox.com/home/Leagle Pleadings.



- 1 -

Proof of Service of Summons and Complaint

3. On June 13, 2093, at 3:59 pm, I accessed that dropbox website and the pleadings were readily accessible

4. Accordingly, I believe that Leagle, Inc. has been served in accordance with the court's order authorizing service in that manner.

5. I have not yet heard from Leagle, Inc.

6. If called as a witness, I could and would testify to the matters contained herein, which I know of my own personal knowledge, except for those matters stated upon information and belief, and as to them, I believe them to be true.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Executed at Laguna Beach, California, on June 13, 2023.

/s/ *David G. Epstein*

