# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN D THOMAS<br><br>Plaintiff(s),<br><br>v.<br><br>LEAGLE, INC., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>8:23–cv–00236–DOC–JDE<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __6/13/2023__

Document No.: __18__

Title of Document:   __Proof of service summons and complaint__

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Proof of service summons and complaint

Other:

Proof of service was not made pursuant to FRCP 5(b)(2)(D). The clerk's office was not served and is not a party in the action.

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: June 14, 2023          By:  /s/ *Trina DeBose  trina_debose@cacd.uscourts.gov*
                                                    Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(08/22) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS