DAVID G. EPSTEIN (SBN 84356)
depsteinlaw@icloud.com
**THE DAVID EPSTEIN LAW FIRM**
PO Box 4858
Laguna Beach, CA 92652-4858
(949) 715-1500 Fax (949) 715-2570

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| JOHN D. THOMAS, | Case No.   8:23-cv-00236-DOC-JDE |
| Plaintiff, | Assigned for all purposes to: |
| vs. | **DECLARATION OF DAVID G. EPSTEIN IN RESPONSE TO ORDER TO SHOW CAUSE** |
| LEAGLE, INC., a former Arkansas corporation; and DOES 1-25, | |
| Defendants. | |

I, David G. Epstein, say:

   1. I am a licensed California attorney and have been admitted to the bar of this court. I make this declaration in response to the court's order to show cause.

   2.   I have filed a proof of service in accordance with the court's order. No answer or other responsive pleading has been received.

   3. I have been out of town to celebrate my 80th birthday, and a sole practitioner, and could mot respond timely to the court order. I will



The David Epstein Law Firm



1     19return on July 20 and can have a request for entry of default entered

2     by the end of the week.

3          4. If called as a witness, I could and would testify to the matters contained

4     herein, which I know of my own personal knowledge, except for those matters

5     stated upon information and belief, and as to them, I believe them to be true.

6          5. I declare under penalty of perjury under the laws of the state of

7     California that the foregoing is true and correct.

8          Executed At Laguna Beach, California, on July 19, 2023.

9

10                 */s/ David G. Epstein*

11                 _____

                     David G. Epstein, Declarant

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The David Epstein Law Firm