**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| John D. Thomas | | CASE NUMBER: |
| | PLAINTIFF(S) | 8:23-cv-00236-DOC-JDE |
| v. | | |
| Leagle, Inc. et al | | **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |
| | DEFENDANT(S). | |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| July 30, 2023 | 23 | REQUEST for Default Judgment against Defendant |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

- [✓] The document is stricken
- [ ] The hearing date has been rescheduled to _____ at _____.
- [ ] A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- [✓] Other:

  The Court orders counsel to rectify errors pursuant to the Clerk's office NOTICE of Deficiency (Dkt. 24) and file request for clerk to enter default no later than August 8, 2023. Once proper application for default is filed, the clerk will place the defendant in default if service is proper.

Dated: August 4, 2023

By: /s/ David O. Carter
U.S. District Judge