DAVID G. EPSTEIN (SBN 84356)
depsteinlaw@icloud.com
**THE DAVID EPSTEIN LAW FIRM**
PO Box 4858
Laguna Beach, CA 92652-4858
(949) 715-1500 Fax (949) 715-2570

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| JOHN D. THOMAS,<br><br>    Plaintiff,<br>  vs.<br><br>LEAGLE, INC., a former Arkansas corporation; and DOES 1-25,<br><br>    Defendants. | Case No.  8:23-cv-00236-DOC-JDE<br>Assigned for all purposes to:<br><br>**MOTION FOR ENTRY OF DEFAULT** |

Plaintiff John D Thomas requests that the clerk of court enter default against defendant Leagle, Inc., pursuant to Federal Rule of Civil Procedure 55(a). In support of this request plaintiff relies upon the record in this case and the declaration submitted herein.

Dated: August 8, 2023

*/s/ David G. Epstein*
_____
Attorney for Plaintiff