DAVID G. EPSTEIN (SBN 84356)
depsteinlaw@icloud.com
**THE DAVID EPSTEIN LAW FIRM**
PO Box 4858
Laguna Beach, CA 92652-4858
(949) 715-1500 Fax (949) 715-2570

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| JOHN D. THOMAS, | Case No.   8:23-cv-00236-DOC-JDE |
| Plaintiff, | Assigned for all purposes to: |
| vs. | **DECLARATION IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT** |
| LEAGLE, INC., a former Arkansas corporation; and DOES 1-25, | |
| Defendants. | |

I, David G. Epstein, declare:

    1. I am the attorney for the plaintiff in the above-entitled action and I am familiar with the file, records and pleadings in this matter.

    2. The summons and complaint were served upon the defendant on May 31, 2023, in the manner authorized by the court in its order dated April 14, 2023 (Docket 17).

- 1 -

Request for Entry of Default

3. An answer to the complaint was due on June 22, 2023. No response was served within the time allowed by law and no request for additional time was received.

4. Plaintiff requests that the clerk of court enter default against the defendant.

5. If called as a witness, I could and would testify to the matters contained herein, which I know of my own personal knowledge, except for those matters stated upon information and belief, and as to them, I believe them to be true.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Executed at Laguna Beach, California on August 8, 2023.

*/s/ David G. Epstein*
_____
David G. Epstein