DAVID G. EPSTEIN (SBN 84356)
depsteinlaw@icloud.com
**THE DAVID EPSTEIN LAW FIRM**
PO Box 4858
Laguna Beach, CA 92652-4858
(949) 715-1500 Fax (949) 715-2570

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| JOHN D. THOMAS,<br><br>　　　　Plaintiff,<br>　　vs.<br><br>LEAGLE, INC., a former Arkansas corporation; and DOES 1-25,<br><br>　　　　Defendants. | Case No.   8:23-cv-00236-DOC-JDE<br>Assigned for all purposes to:<br><br>**ENTRY OF DEFAULT** |

Plaintiff John D Thomas has requested that the clerk of court enter default against defendant Leagle, Inc. pursuant to Federal Rule of Civil Procedure 55(a).  It appearing from the record that defendant has failed to appear, plead or otherwise defend, the default of defendant Leagle Inc., is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this _____ day of _____, 2009.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Clerk of the Court