# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| John D. Thomas,<br><br>PLAINTIFF(S)<br>v.<br><br>Leagle, Inc.,<br><br>DEFENDANT(S). | CASE NUMBER:<br>8:23-cv-00236-DOC-JDEx<br><br>ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 8/8/2023 | 26 | Motion for Clerk to Enter Default |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☐ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____.
☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☒ Other:

Counsel is directed to review the Notice of Deficiency [27] and refile by August 29, 2023.

Dated: 8/22/2023

By: *David O. Carter*
DAVID O. CARTER, U.S. District Judge