DAVID G. EPSTEIN (SBN 84356)
depsteinlaw@icloud.com
**THE DAVID EPSTEIN LAW FIRM**
PO Box 4858
Laguna Beach, CA 92652-4858
(949) 715-1500 Fax (949) 715-2570

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| JOHN D. THOMAS, | Case No.   8:23-cv-00236-DOC-JDE |
|   Plaintiff, | Assigned for all purposes to: |
|   vs. | **CERTIFICATE OF SERVICE** |
| LEAGLE, INC., a former Arkansas corporation; and DOES 1-25, | |
|   Defendants. | |

I, David G. Epstein, declare that I am over the age of 18 and employed in the offices of the David Epstein Law firm.

On this date I caused a copy of the Motion for Entry of Default, Affidavit in Support thereof, and proposed Entry of Default to be served as authorized by the court in its order dated April 14, 2023 (Docket 17), by entering the information and providing a link for downloading of the materials, and further by emailing the materials to defendant at info@leagle.com.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Executed at Laguna Beach, California, on August 29, 2023.

/s/ *David G Epstein*
--------------------------
David G. Epstein