DAVID G. EPSTEIN (SBN 84356)
depsteinlaw@icloud.com
**THE DAVID EPSTEIN LAW FIRM**
PO Box 4858
Laguna Beach, CA 92652-4858
(949) 715-1500 Fax (949) 715-2570

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| JOHN D. THOMAS, | ) Case No.   8:23-cv-00236-DOC-JDE |
|  | ) Assigned for all purposes to: |
| Plaintiff, | ) |
| vs. | ) **Declaration Of David G. Epstein** |
|  | ) |
| LEAGLE, INC., a former Arkansas corporation; and DOES 1-25, | ) Date:  October 30 2023 |
|  | ) Time: 8:30am |
|  | ) Courtroom 10 A |
| Defendants. | ) |
|  | ) |
|  | ) |

I, David G. Epstein, say:

　　1. I am licensed California attorney admitted to their of this court. I make this declaration of my own personal knowledge and could and would so testify if called.

　　2. This action was filed on February 7, 2023. Summons was issued on February 9, 2023.

　　3. On April 14, 2023, the court authorized service of process on this defendant by electronic means (Docket 17)

- 1 -
Declaration of David G. Epstein

1  4. On June 13, 2023, plaintiff filed a proof of service by said means (Docket 18).

2  5. The Clerk entered defendant' default on August 30, 2023.

3  6. Defendant has not responded in any manner to the summons and complaint
4  and has not communicated with the undersigned. The time for a response to the
5  complaint has passed.

6  7. Defendant is not a minor or an incompetent person, and is not in the military
7  service and accordingly the Servicemembers Civil Relief Act does not apply.

8  8. I served a copy of this application on September 19, 2023 in the manner
9  authorized by the court for service of the summons and complaint.

10  9. The defendant Leagle, Inc. publishes information about court rulings,
11  opinions, and decisions. I am informed and believe that defendant makes money byy
12  selling attorney advertising.

13  10. As set forth in the complaint, Leagle, Inc. has published legal material that
14  indicates that plaintiff Thomas was held guilty y.of civil misrepresentation. Nowhere
15  does that material published state the fact that the action was subsequently dismissed in
16  its entirety. Mr. Thomas, who is a real estate developer, fears that the publication of this
17  incomplete and inaccurate information will discourage people from doing business
18  with him and lead to financial loss.

19  11. Accordingly, plaintiff requests an award of nominal damages of one dollar,
20  costs of suit, and a permanent injunction prohibiting defendant from publishing the
21  opinion in *Modarres v. Thomas,* California Second District Case No. G048684, without a
22  notation or advise that after remand, the action was dismissed with prejudice.

23  / / /
24  / / /
25  / / /
26  / / /
27
28

- 2 -

Declaration of David G. Epstein

Case 8:23-cv-00236-DOC-JDE   Document 32-1   Filed 09/19/23   Page 3 of 3   Page ID #:92

/ / /

/ / /

12. If called as a witness, I could and would testify to the matters contained herein, which I know of my own personal knowledge, except for those matters stated upon information and belief, and as to them, I believe them to be true.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Executed at Laguna Beach, California, on September 19, 2023.

*/s/ David G. Epstein*

David G. Epstein

Declaration of David G. Epstein