DAVID G. EPSTEIN (SBN 84356)
depsteinlaw@icloud.com
**THE DAVID EPSTEIN LAW FIRM**
PO Box 4858
Laguna Beach, CA 92652-4858
(949) 715-1500 Fax (949) 715-2570

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| JOHN D. THOMAS, | Case No. 8:23-cv-00236-DOC-JDE |
| Plaintiff, | Assigned for all purposes to: |
| vs. | **[Proposed] Default Judgment** |
| LEAGLE, INC., a former Arkansas corporation; and DOES 1-25, | Date: October 30 2023 |
| | Time: 8:30am |
| Defendants. | Courtroom 10 A |

ThE defendant Legal Inc., having failed to appear, plead, or otherwise defend in this action, and default having been entered by the clerk on August 30, 2023, and counsel for plaintiff having requested judgment against said defendant, and having filed a proper motion and declaration in accordance with Federal Rule of Civil Procedure 55(a) and (b),

JUDGMENT is hereby entered in favor of plaintiff John D. Thomas and against defendant Leagle, Inc. as follows:

- 1 -

Default Judgment

1. Damages in the amount of one dollar;

2. An injunction prohibiting defendant from publishing information regarding the case of *Modarres v. Thomas,* California Second District Court of Appeal, Case no. G048684, without giving notice that the Superior Court action that was the subject of the appeal was subsequently dismissed with prejudice; and

3. Costs of suit.

Dated: _____                                    _____
                                                                        United States District Judge

- 2 -

Default Judgment