DAVID G. EPSTEIN (SBN 84356)
depsteinlaw@icloud.com
**THE DAVID EPSTEIN LAW FIRM**
PO Box 4858
Laguna Beach, CA 92652-4858
(949) 715-1500 Fax (949) 715-2570

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| JOHN D. THOMAS, | ) Case No.  8:23-cv-00236-DOC-JDE |
| | ) Assigned for all purposes to: |
| Plaintiff, | ) |
| vs. | ) **CERTIFICATE OF SERVICE** |
| | ) |
| LEAGLE, INC., a former Arkansas corporation; and DOES 1-25, | ) Date:  October 30 2023 |
| | ) Time: 8:30am |
| | ) Courtroom 10 A |
| Defendants. | ) |
| | ) |
| | ) |

I, David G. Epstein, say:

    1. I am licensed California attorney admitted to their of this court. I make this declaration of my own personal knowledge and could and would so testify if called. I am over the age of 18 and employed in the David Epstein Law Firm.

    2. On September 19, 2023, I served the motion for entry of judgment, declaration of David G. Epstein, and the proposed judgment on the defendant Leagle, Inc. in the manner authorized by the court on April 14, 2023 (Docket 17)..

- 1 -

Certificate of Service

1  I declare under penalty of perjury under the laws of the state of California that
2  the foregoing is true and correct.
3  Executed at Laguna Beach, California, on September 19, 2023.

*/s/ David G. Epstein*
_____
David G. Epstein

- 2 -
Certificate of Service