# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| JOHN D. THOMAS,<br><br>  Plaintiff,<br><br>v.<br><br>LEAGLE, INC., a former Arkansas corporation; and DOES 1-25,<br><br>  Defendants. | Case No. 8:23-cv-00236-DOC-JDE<br><br>ORDER GRANTING EX PARTE APPLICATION FOR LEAVE TO FILE A BRIEF *AMICI CURIAE* |

Upon consideration of the Ex Parte Application for Leave to File a Brief *Amici Curiae* submitted by Free Law Project, the Foundation for Individual Rights and Expression, and Eugene Volokh, the Court hereby GRANTS the Motion.

IT IS SO ORDERED.

Dated: _____, 2023

_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT COURT