NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Eugene Volokh
UCLA School of Law
385 Charles E. Young Dr. E
(310) 206-3926

ATTORNEY(S) FOR: Proposed Amici

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| John D. Thomas,<br><br>Plaintiff(s),<br>v.<br>Leagle, Inc., a former Arkansas corporation; and Does 1-25,<br><br>Defendant(s) | CASE NUMBER:<br>8:23-cv-00236-DOC-JDE<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ____Proposed Amici (listed below)____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Free Law Project, the Foundation for Individual Rights and Expression, and Eugene Volokh | Proposed amici curiae |

Sept. 19, 2023
Date

s/ Eugene Volokh
Signature

Attorney of record for (or name of party appearing in pro per):

Proposed Amici listed above