UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN D. THOMAS,<br>　　　　　　　Plaintiff,<br>v.<br>LEAGLE, INC., a former Arkansas corporation; and DOES 1-25,<br>　　　　　　　Defendants. | Case No. 8:23-cv-00236-DOC-JDEx<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR LEAVE TO FILE A BRIEF AMICI CURIAE [33]** |

　　　　Upon consideration of the Ex Parte Application for Leave to File a Brief Amici Curiae submitted by Free Law Project, the Foundation for Individual Rights and Expression, and Eugene Volokh, the Court hereby GRANTS the Motion.

　　　　**IT IS SO ORDERED.**

//

//

Dated: September 21, 2023

　　　　　　　　　　　　　　　　　　　　　　　　_[signature: David O. Carter]_
　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE DAVID O. CARTER
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT