JS6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 8:23-cv-00236-DOC-JDEx | Date: March 27, 2024 |

Title: John D. Thomas v. Leagle, Inc.

PRESENT:

**THE HONORABLE DAVID O. CARTER, JUDGE**

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER DISMISSING CASE WITH PREJUDICE [36]**

The Court previously denied Plaintiff's motion for default judgment. Order (dkt. 36). The Court permitted Plaintiff to file an amended complaint by November 10, 2023 and expressly warned Plaintiff that failure to file by that deadline may result in dismissal of this case with prejudice. *Id.*

The November 10 deadline has passed, and Plaintiff has not amended his complaint. Therefore, this case is **DISMISSED WITH PREJUDICE**.

The Clerk shall serve this minute order on the parties.

| | |
|---|---|
| MINUTES FORM 11 | Initials of Deputy Clerk: kdu |
| CIVIL-GEN | |